LGiF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Manuel BAZAN-Williamson,<br><br>Defendant. | Magistrate Case No. '21 MJ03467<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C. Section 1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about August 21, 2021, within the Southern District of California, Defendant Manuel BAZAN-Williamson, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Hilda SOLIS-Fernandez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1., this 23rd of August 2021.

HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Karina Vazquez, declare under penalty of perjury the following to be true and correct:

The complainant states that Hilda SOLIS-Fernandez, is a citizen of a country other than the United States; that said alien is found to be deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a smuggled alien in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On August 21, 2021, at approximately 9:03 A.M. Manuel BAZAN-Williamson (Defendant), a Lawful Permanent Resident, made application for admission into the United States from Mexico via the vehicle primary lanes at the San Ysidro, California Port of Entry. Defendant was driving a 2009 blue Mini Cooper bearing California license plates. While conducting pre-primary roving operations, a CBP Canine Enforcement Officer (CEO) and his Human Narcotics Detection Dog (HNDD) approached the Defendant's vehicle and received an alert to the gas tank from his HNDD. CEO approached the passenger side door to question Defendant to where Defendant stated he was going home to Long Beach, California with nothing to declare from Mexico. CEO asked Anti-Terrorism Contraband Enforcement Team (A-TCET) for assistance. The A-TCET Officer responded and questioned Defendant about the vehicle. Defendant stated he has owned the vehicle for about three years. Defendant stated he was the only one who had access to his vehicle and that it was locked and secured in his garage the night before. The A-TCET Officer inspected the vehicle and noticed obvious tampering in the tank area and the tank sounded abnormal when tapping it. A-TCET Officer placed Defendant in handcuffs and escorted him to the security office. The vehicle was driven by another A-TCET Officer to vehicle secondary for further inspection.

In vehicle secondary, an A-TCET Officer drove the vehicle through the Z-Portal (X-Ray) and was informed there was an anomaly in the rear seat area. The A-TCET Officer began to inspect the rear seat, lifted the rear seat cushion, and discovered one female hidden in a non-factory gas tank compartment and assisted the female out of the compartment.

Continued Probable Cause Statement on Page 2;

Continued Probable Cause Statement

US v. Manuel BAZAN-Williamson

The female individual was found to be a citizen of Mexico without any documents that would permit her to enter or remain in the United States. The female individual was identified as Hilda SOLIS-Fernandez (MW) and is being held as a Material Witness.

At approximately 10:58 A.M., Defendant was advised of his Miranda rights and elected to make a statement. Defendant denied knowledge of the individual concealed in his vehicle. Defendant stated he has owned the vehicle for two years. Defendant stated he drove from the United States to Mexico yesterday to drop his vehicle off at a paint shop and picked it up hours later. Defendant stated he spent the night in Mexico with his partner and children. Defendant stated that today he was going back home to Long Beach, California.

During a videotaped interview, MW admitted to being a citizen of Mexico with no documents to lawfully enter or reside in the United States. MW stated her brother-in-law made the arrangements to be smuggled into the United States. MW stated she was going to pay $18,000 US Dollars or Pesos to be smuggled into the United States. MW stated she was traveling to Santa Ana, California to live and seek employment.

Executed on this 21st day of August 2021 at 6:00 P.M.

_____
Karina Vazquez / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the Defendant named therein committed the offense on August 21, 2021, in violation of Title 8, U.S.C., Section 1324.

_____        7:59 AM, Aug 22, 2021
MAGISTRATE JUDGE                        DATE / TIME

2